IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ELLIS MATTHEWS, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-24-1133 |
| HECTOR E. CABRALES, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Plaintiff Ellis Matthews, a citizen of Maryland, filed suit against several Defendants in the Circuit Court for Anne Arundel County. (*See* ECF No. 14.) This action was removed to this Court by Defendant Home Depot USA, Inc. ("Home Depot"), who contended that removal was appropriate pursuant to 28 U.S.C. § 1332 and that "(a) complete diversity of citizenship exists between Plaintiff and Defendant Home Depot, and (b) the amount in controversy herein exceeds the sum or value of $75,000, exclusive of interest and costs." (ECF No. 1.) However, it is well established that 28 U.S.C. § 1332 "requires complete diversity among parties, meaning that the citizenship of every plaintiff must be different from the citizenship of *every* defendant." *Cent. W. Va. Energy Co. v. Mountain State Carbon, LLC*, 636 F.3d 101, 103 (4th Cir. 2011) (emphasis added). It does not appear that complete diversity exists in this case because Defendant Hector E. Cabrales is a citizen of Maryland. (*See* ECF No. 14 (Complaint alleging that Cabrales is a citizen of Maryland); ECF No. 17 (Answer admitting that Cabrales is a citizen of Maryland).)

Accordingly, it is ORDERED that:

1. The parties are DIRECTED to SHOW CAUSE by October 11, 2024 why this case should not be remanded for lack of jurisdiction; and

2. The Scheduling Telephone Conference that is scheduled for October 1, 2024 is CANCELLED.

DATED this 26 day of September, 2024.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
United States District Judge