IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ELLIS MATTHEWS, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-24-1133 |
| HECTOR E. CABRALES, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Plaintiff Ellis Matthews filed suit against several Defendants in the Circuit Court for Anne Arundel County. (*See* ECF No. 14.) This action was removed to this Court by Defendant Home Depot USA, Inc., who contended that removal was appropriate pursuant to 28 U.S.C. § 1332. (ECF No. 1.) In a September 26, 2024 Order, the Court noted that it did not appear that there was complete diversity between the parties and directed the parties to show cause why the case should not be remanded. (*See* ECF No. 31.) The Defendants then filed a Consent to Remand to State Court, conceding that remand is appropriate. (ECF No. 32.)

Accordingly, the Clerk is DIRECTED to REMAND this case to the Circuit Court for Anne Arundel County.

DATED this 16 day of October, 2024.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge